[No. 6468–5–II. Division Two. August 13, 1984.]

MARGARET K. WILLIAMS, *Individually and as
Administratrix, Appellant,* v. NATIONWIDE
MUTUAL FIRE INSURANCE COMPANY,
*Respondent.*

Appeal from a judgment of the Superior Court for Pierce

County, No. 82-2-00405-2, Floyd V. Hicks, J., entered July 14, 1982. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Reed and Worswick, JJ.